IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CRIMINAL ACTION NO. 5:18-cr-00069

JERROD GRIMES,

        Defendant.



## WRITTEN PLEA OF GUILTY

In the presence of Rachel E. Zimarowski, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charges contained in Counts Four, Six, Seven, Ten, Eleven, and Thirteen of the Indictment.

DATE: 26 Jun 18

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT